# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name:   Debtor c/o Shai Oved, Esq.          Atty Name:   Shai Oved
Street Address: 7445 Topanga Cyn., Suite 220        CA Bar No:   185526
                Canoga Park, CA 91303               Atty Fax No. (818) 992-6511
Attorney's Telephone No: (818) 992-6588

In re:   Atul Mehta         ,                Case No: LA12-50039-BB

                                             Chapter  7 xx_   11__   13___

                         Debtor.

## AMENDED SCHEDULE(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added:
   YES_____   NO  XX____

Indicate below which schedule(s) is(are) being amended:       (See Attachment)

   A____   B XX   C XX   D____   E____   F____   G____   H____   I____   J____

   Statement of Financial Affairs___   Statement of Intention___   Other_____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULES(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We,  Atul Mehta  , the person(s) who subscribed to the foregoing Amended Schedules(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED   1/30/13

_____
Debtor Signature

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

B-1008 *Revised 2/99*           AMENDED SCHEDULE(S)

# AMENDED SCHEDULE(S) ATTACHMENT

## Amend Schedule B (to add the following)

| Paragraph 35. | Value |
|---|---|
| Claim for malicious prosecution against Crone-Hauxhurst, LLP, and its attorneys for state-court action filed prepetition (SC119000) (dismissed as to Debtor post-petition). | $Unknown |

## Amend Schedule C (to exempt the following):

| | Value | Exemption |
|---|---|---|
| Claim for malicious prosecution against Crone-Hauxhurst, LLP, and its attorneys for state-court action filed prepetition (SC119000) (dismissed as to Debtor post-petition). | $Unknown | $22,000 CCP§ 703.140(b)(5) |

## PROOF OF SERVICE

( )    **BY U.S. MAIL AT WOODLAND HILLS, CALIFORNIA**

( )    **BY HAND DELIVERY**

( )    **BY FAX**

(xx)   **BY SPECIAL DELIVERY/FEDERAL EXPRESS/EXPRESS MAIL/EMAIL**

I am a resident of Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303. On January 30, 2013, I served a true and correct copy of **AMENDED SCHEDULE(S)** on the Parties-in-Interest in this action, in the manner referenced and addressed or telecopied as follows:

The following will be served electronically by ECMCF/BNC:

Brad D Krasnoff (TR) mcdaniel@lbbslaw.com, bkrasnoff@ecf.epiqsystems.com    Chapter 7 Trustee
Shai S Oved ssoesq@aol.com    Debtor's attorney
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov    US Trustee
Daryl M Crone daryl@cronehawxhurst.com, calendar@cronehawxhurst.com    Interested Party

Executed on January 30, 2013, at Canoga Park, California.

/s/ Shai Oved
_____
Shai Oved