# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Filer's Name: Debtor c/o Shai Oved, Esq. | Atty Name: Shai Oved |
| Street Address: 7445 Topanga Cyn., Suite 220 | CA Bar No: 185526 |
| Canoga Park, CA 91303 | Atty Fax No. (818) 992-6511 |
| Attorney's Telephone No: (818) 992-6588 | |

| | |
|---|---|
| In re: Atul Mehta, | Case No: LA12-50039-BB |
| | Chapter 7 _xx_  11__  13__ |
| Debtor. | |

## AMENDED SCHEDULE(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list.  Is/are creditor(s) being added:   YES____    NO__XX___

Indicate below which schedule(s) is(are) being amended:         (See Attachment)

A___   B_XX_   C___   D____   E____   F____   G____   H____   I____   J____

Statement of Financial Affairs___   Statement of Intention____   Other_____

**NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULES(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.**

I/We,  Atul Mehta  , the person(s) who subscribed to the foregoing Amended Schedules(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED  6/3/14

Debtor Signature

Co-Debtor Signature

**FOR COURT USE ONLY**

B-1008 *Revised 2/99*                    AMENDED SCHEDULE(S)

## AMENDED SCHEDULE(S) ATTACHMENT

**Amend Schedule B (as follows):**

| | |
|---|---|
| Paragraph 35 to add the following. Derivative Action/Claim against Allen Gedde and/or Freeman & Mills for professional liability. Debtor learned that claims against accountants for malpractice have a 2 year statute of limitations as opposed to 1 year. | Value Unknown. |
| Paragraph 35 to add the following. Derivative Action/Claim for damages related to losses sustained by Debtor's corporation against Out of the Box for fraud, false advertising, unfair business practices, (may be subject to setoff of current judgment against Debtor's corporation which remains on appeal, along with claims related to denial of motion to vacate judgment obtained by fraud). | Value Unknown. |

## PROOF OF SERVICE

( )   **BY U.S. MAIL AT WOODLAND HILLS, CALIFORNIA**

( )   **BY HAND DELIVERY**

( )   **BY FAX**

(xx)  **BY SPECIAL DELIVERY/FEDERAL EXPRESS/EXPRESS MAIL/EMAIL**

I am a resident of Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303. On June 3, 2014, I served a true and correct copy of **AMENDED SCHEDULE(S)** on the Parties-in-Interest in this action, in the manner referenced and addressed or telecopied as follows: None.

The following will be served electronically by ECMCF/BNC:

Katherine R Cohan katcohanesq@aol.com

Daryl M Crone daryl@cronehawxhurst.com, calendar@cronehawxhurst.com

Bernard J Frimond lynne@frimondlaw.com, bernie@frimondlaw.com

Claudio Koren ckoren@collectionlaw.com, eparker@collectionlaw.com

Brad D Krasnoff (TR) joyce.mcdaniel@lewisbrisbois.com, bkrasnoff@ecf.epiqsystems.com

Shai S Oved ssoesq@aol.com

Shai S Oved ssoesq@aol.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Executed on June 3, 2014, at Canoga Park, California.

/s/ Shai Oved
_____
Shai Oved