

# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

Kathleen Campbell
Executive Officer
Clerk of Court

Date: 7-15-2014

Dear Trustee: BRAD KRASNOFF

FILED
JUL 15 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Re: Letter of Deficiency

After reviewing the case(s) indicated below, a deficiency was found preventing the case(s) from moving forward. Therefore, please cure the following deficiency by filing the correct documents on:

| CASE NUMBER | CASE NAME | DEFICIENT DOCUMENT(S) |
|---|---|---|
| 12-50039BB | ATUL MEHTA | Status Report or Trustee's Final Report |

Please submit the above document by **July 29, 2014** Thank you for your continued cooperation. Should you wish to contact me, I may be reached at (213) 894-3688.

Sincerely,

Wendy Wesley,
Courtroom Deputy to
JUDGE SHERI BLUEBOND