# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Filer's Name: Debtor c/o Shai Oved, Esq. | Atty Name: Shai Oved |
| Street Address: 7445 Topanga Cyn., Suite 220 | CA Bar No: 185526 |
| Canoga Park, CA 91303 | Atty Fax No. (818) 992-6511 |
| Attorney's Telephone No: (818) 992-6588 | |

| | |
|---|---|
| In re: Atul Mehta, | Case No: LA12-50039-BB |
| | Chapter: 7 xx   11__   13__ |
| Debtor. | |

### AMENDED SCHEDULE(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added: YES____    NO  XX____

Indicate below which schedule(s) is(are) being amended:    (See Attachment)

A___  B XX  C___  D___  E___  F___  G___  H___  I___  J___

Statement of Financial Affairs___    Statement of Intention___    Other_____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULES(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We,  Atul Mehta  , the person(s) who subscribed to the foregoing Amended Schedules(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED  8/13/14

Debtor Signature

Co-Debtor Signature

**FOR COURT USE ONLY**

B-1008 Revised 2/99    AMENDED SCHEDULE(S)

# AMENDED SCHEDULE(S) ATTACHMENT

**Amend Schedule B (as follows):**

| | |
|---|---|
| Paragraph 35 to add the following. | Value |
| Derivative Action/Claim for damages related to losses sustained by denial of E&O Insurance from Hartford Insurance Companies to defend Debtor's corporation(s) in action by Out of the Box for fraud, false advertising, and unfair business practices (EDCV10-1858-VAP) Debtor believes he suffered the aforementioned damages personally, and that he has or may have claims for damages, equitable relief and/or related claims arising from the wrongful and/or bad faith denial of coverage and failure to defend. | Unknown. |

**PROOF OF SERVICE**

**( )     BY U.S. MAIL AT WOODLAND HILLS, CALIFORNIA**

**( )     BY HAND DELIVERY**

**( )     BY FAX**

**(xx)    BY SPECIAL DELIVERY/FEDERAL EXPRESS/EXPRESS MAIL/EMAIL**

I am a resident of Los Angeles County, California.  I am over the age of 18 and not a party to the within action.  My business address is 7445 Topanga Cyn Blvd., Suite 220, Canoga Park,  CA  91303.  On August 13, 2014, I served a true and correct copy of **AMENDED SCHEDULE(S)** on the Parties-in-Interest in this action, in the manner referenced and addressed or telecopied as follows: None.

The following will be served electronically by ECMCF/BNC:

Katherine R Cohan katcohanesq@aol.com

Daryl M Crone daryl@cronehawxhurst.com, calendar@cronehawxhurst.com

Bernard J Frimond lynne@frimondlaw.com, bernie@frimondlaw.com

Claudio Koren ckoren@collectionlaw.com, eparker@collectionlaw.com

Brad D Krasnoff (TR) joyce.mcdaniel@lewisbrisbois.com, bkrasnoff@ecf.epiqsystems.com

Shai S Oved ssoesq@aol.com

Shai S Oved ssoesq@aol.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Executed on August 13, 2014, at Canoga Park, California.

/s/ Shai Oved
_____
Shai Oved