RICHARD K. DIAMOND (State Bar No. 070634)
jvidaurri@dgdk.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:  (310) 277-0077
Facsimile:   (310) 277-5735

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re

ATUL MEHTA,

Debtor.

Case No. 2:12-bk-50039-BB

Chapter 7

**NOTICE OF ABANDONMENT**

[No hearing required]

Pursuant to the Notice of Trustee's Proposed Sale or Abandonment of Property (the "Notice"), served on or about November 4, 2014, providing that certain property would be abandoned if no objections were served on the Trustee[1], and filed with the Court and a hearing date obtained from the Bankruptcy Court not later than seventeen (17) days from the mailing of the Notice, no acceptable offers to purchase having been received, after due notice, the Trustee hereby abandons property of the estate described as all of the Trustee's right, title, and interest in the following property of the estate:

---

[1] An objection was filed to the sale of the property described as "Action/claim for damages related to losses sustained by debtor's corporation against Out of the Box for fraud, false advertising, unfair business practices (may be subject to setoff of current judgment against debtor's corporation which remains on appeal, along with claims related to denial of motion to vacate judgment obtained by fraud)." The Trustee will set a hearing on that objection.

1219513.1  1416405

1

1. Any and all claims for malicious prosecution and related claims against Crone-Hauxhurst, LLP and its attorneys for state-court action filed prepetition (SC119000)(dismissed as to debtor post-petition)
2. Action/claim against Allen Gedde and/or Freeman & Mills for professional liability.
3. Action/claim for damages related to losses sustained by denial of E&O insurance from Hartford Insurance Companies to defend debtor's corporation(s) in action by Out of the Box including claims for fraud, false advertising, and unfair business practices (EDCV 10-1858-VAP) and claims for damages, equitable relief and/or related claims arising from the alleged wrongful and/or bad faith denial of coverage and failure to defend

DATED: November 24, 2014

RICHARD K. DIAMOND
Trustee

1219513.1  1416405

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ABANDONMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 24, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On November 24, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Atul Mehta
19619 Highland Terrace
Walnut, CA 91789-5364

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 24, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Served by Personal Delivery to be delivered by November 25, 2014
Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1482
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2014 | Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION** (if needed):

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Katherine R Cohan on behalf of Plaintiff Pascuel Reyes
katcohanesq@aol.com

Daryl M Crone on behalf of Creditor Crone Hawxhurst LLP
daryl@cronehawxhurst.com, calendar@cronehawxhurst.com

Daryl M Crone on behalf of Plaintiff Crone Hawxhurst LLP
daryl@cronehawxhurst.com, calendar@cronehawxhurst.com

Richard K Diamond (TR)
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com

James A Dumas, Jr on behalf of Attorney Carolyn A. Dye
jdumas@dumas-law.com

James A Dumas, Jr on behalf of Plaintiff Carolyn A. Dye
jdumas@dumas-law.com

Bernard J Frimond on behalf of Mediator Bernard J. Frimond
bernie@frimondlaw.com

Christian T Kim on behalf of Plaintiff Carolyn A. Dye
ckim@dumas-law.com

Claudio Koren on behalf of 3rd Party Plaintiff GREENBAUM LAW GROUP LLP
ckoren@collectionlaw.com, eparker@collectionlaw.com

Claudio Koren on behalf of Plaintiff GREENBAUM LAW GROUP LLP
ckoren@collectionlaw.com, eparker@collectionlaw.com

Shai S Oved on behalf of Debtor Atul Mehta
ssoesq@aol.com

Shai S Oved on behalf of Defendant Atul Mehta
ssoesq@aol.com

Shai S Oved on behalf of Defendant Atul Mehta
ssoesq@aol.com

Jay M Spillane on behalf of Defendant Atul Mehta
jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE