RICHARD K. DIAMOND (State Bar No. 070634)
*jvidaurri@dgdk.com*
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Chapter 7 Trustee

FILED & ENTERED

DEC 29 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:12-bk-50039-BB |
| ATUL MEHTA, | Chapter 7 |
|  | **ORDER APPROVING TRUSTEE'S NOTICE OF SALE OR ABANDONMENT OF PROPERTY** |
| Debtor. |  |
|  | Date:   December 17, 2014<br>Time:   10:00 a.m.<br>Place:  Courtroom 1475 |

On December 17, 2014, at 10:00 a.m., the Court heard and considered the objection (the "Objection") of Out of the Box Enterprises, LLC ("OOB") to the Trustee's Notice of Sale or Abandonment of Property (the "sale notice") filed by Richard K. Diamond, the Chapter 7 trustee herein (the "Trustee"), the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding. Appearances were as stated on the record.

The Court having read and considered the sale notice, the Objection and the Trustee's Reply, having heard oral argument, having found that notice of the proposed sale and of the hearing on the Objection were adequate and proper, having overruled the Objection on the grounds that the Trustee is selling only the estate's right, title and interest, if any, in the subject property, and good cause appearing,

/ / /

1242455.1  8057

1

IT IS ORDERED THAT:

1. The Objection filed by OOB is overruled;

2. The Trustee is authorized to sell, at a sale to be conducted in his office, subject to all liens, exemptions, defenses, interests, and secured claims, without warranty or recourse, all of the Trustee's right, title and interest, if any, in the action/claim for damages related to losses sustained by debtor's corporation against Out of the Box for fraud, false advertising, unfair business practices (which may be subject to setoff of current judgment against debtor's corporation which remains on appeal along with claims related to denial of motion to vacate judgment obtained by fraud). The sale shall be "as is" and "where is" with no warranty or recourse whatsoever.

3. The Trustee shall give notice of the sale in the manner required by the Bankruptcy Code, the Rules of Bankruptcy Procedure and the Local Bankruptcy Rules to the Debtor, all creditors, parties in interest entitled to notice and to the attorney for Out Of The Box, Walead Esmail, Dykema Gossett LLP, 333 South Grand Avenue, Suite 2100, Los Angeles, CA 90071.

###

Date: December 29, 2014

Sheri Bluebond
United States Bankruptcy Judge

1242455.1  8057                                         2