RICHARD K. DIAMOND (State Bar No. 070634)
*jvidaurri@dgdk.com*
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ATUL MEHTA,<br><br>Debtor. | Case No. 2:12-bk-50039-BB<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S CONTINUED PROPOSED SALE OR ABANDONMENT OF PROPERTY (11 U.S.C. SECTIONS 363 AND 554)**<br><br>Date:   February 27, 2015<br>Time:   11:00 a.m.<br>Place:  1900 Avenue of the Stars, 11th Floor<br>        Los Angeles, CA 90067 |

**TO ALL CREDITORS AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to the Order Approving Trustee's Notice Of Sale Or Abandonment Of Property (*doc. no. 83*), which overruled objections to the Trustee's original Notice of Proposed Sale or Abandonment Of Property (*doc. no. 67*) and authorized the Trustee to conduct a sale in his office, the Trustee, Richard K. Diamond, will offer for sale, <u>subject to all liens, exemptions, defenses, interests, and secured claims, without warranty or recourse</u>, at the above-indicated time, date and place, all of the Trustee's right, title, and interest in the following property of the estate (the "Asset"):

Action/claim for damages related to losses sustained by debtor's corporation against Out of the Box for fraud, false advertising, unfair business practices (may be subject to setoff of current

///

1242442.1  8057

1

1  judgment against debtor's corporation which remains on appeal, along with claims related to denial
2  of motion to vacate judgment obtained by fraud).
3      The Trustee does not believe that a sale of the Asset will trigger tax consequences for the
4  debtor's estate but has not consulted with a tax professional on this subject due to the fact that no
5  bid has been received to date.
6      The terms of the sale are **ALL CASH** and "**AS-IS**."
7      The Trustee reserves the right to reject bids that, in his opinion, are insufficient or do not
8  conform to the terms of the sale, and without further notice, except as orally announced at said sale
9  or continuance thereof, continue the sale from time to time and place to place, and conclude a
10 private sale.
11     If no acceptable bid is received, the Trustee may abandon the asset without further notice.
12 In the event the Trustee elects to abandon the property, he will file a pleading to that effect with the
13 Clerk of the Court, served solely upon the debtor, debtor's counsel and the United States Trustee.
14     To the extent that a request or application is required by law or the Rules applicable hereto,
15 this Notice shall constitute such a request or application.
16
17 DATED: February 2, 2015
                                        RICHARD K. DIAMOND
18                                         Trustee
19 **DATE OF MAILING: February 2, 2015**
20
21
22
23
24
25
26
27
28

.2                                         2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF TRUSTEE'S CONTINUED PROPOSED SALE OR ABANDONMENT OF PROPERTY (11 U.S.C. SECTIONS 363 AND 554)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 2, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On February 2, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 2, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Served by Personal Delivery to be delivered by February 3, 2015
Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1482
Los Angeles, CA 90012

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 2, 2015 | Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|---|
| Date | Printed Name | Signature |

1242442.1  8057 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION** (if needed):

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:

Katherine R Cohan on behalf of Plaintiff Pascuel Reyes
katcohanesq@aol.com

Daryl M Crone on behalf of Creditor Crone Hawxhurst LLP
daryl@cronehawxhurst.com, calendar@cronehawxhurst.com

Daryl M Crone on behalf of Plaintiff Crone Hawxhurst LLP
daryl@cronehawxhurst.com, calendar@cronehawxhurst.com

Richard K Diamond (TR)
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com

James A Dumas, Jr on behalf of Attorney Carolyn A. Dye
jdumas@dumas-law.com

James A Dumas, Jr on behalf of Plaintiff Carolyn A. Dye
jdumas@dumas-law.com

Bernard J Frimond on behalf of Mediator Bernard J. Frimond
bernie@frimondlaw.com

Christian T Kim on behalf of Plaintiff Carolyn A. Dye
ckim@dumas-law.com

Claudio Koren on behalf of 3rd Party Plaintiff GREENBAUM LAW GROUP LLP
ckoren@collectionlaw.com, eparker@collectionlaw.com

Claudio Koren on behalf of Plaintiff GREENBAUM LAW GROUP LLP
ckoren@collectionlaw.com, eparker@collectionlaw.com

Shai S Oved on behalf of Debtor Atul Mehta
ssoesq@aol.com

Shai S Oved on behalf of Defendant Atul Mehta
ssoesq@aol.com

Shai S Oved on behalf of Defendant Atul Mehta
ssoesq@aol.com

Jay M Spillane on behalf of Defendant Atul Mehta
jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  F 9013-3.1.PROOF.SERVICE

ADDITIONAL SERVICE INFORMATION (if needed):

2. **SERVED BY UNITED STATES MAIL:**

Debtor
Atul Mehta
19619 Highland Terrace
Walnut, CA 91789-5364

All Creditors

Crone Hawxhurst LLP
10880 Wilshire Blvd., Ste. 1150
Los Angeles, CA 90024-4171

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

GREENBAUM LAW GROUP LLP
840 Newport Center Drive
Suite 720
Newport Beach, CA 92660-6312

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Capital One
P.O. Box 60067
City of Industry, CA 91716

Citrus Valley Health Parners
Inter-Community Medical Center
210 W San Bernardino Rd
Covina CA 91723-1515

Citrus Valley Health Partners
Corporate Business Services
1325 N Grand Ave Ste 330
Covina CA 91724-4046

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia PA 19101-7346

Franchise Tax Board
PO Box 2952
Sacramento CA 95812-2952

Good Samaritan Hospital
1225 Wilshire Blvd
Los Angeles CA 90017-1901

IRS
PO Box 7346
Philadelphia PA 19101-7346

John Mitchell Esq Deputy Dist Atty
Kern County District Atty's Office
1215 Truxtun Avenue
Bakersfield CA 93301-4619

Martin Greenbaum
840 Newport Ctr Dr, Ste 720
Newport Beach, CA 92660-6312

Rog Atul
19619 Highland Terrace
Walnut CA 91789-5364

State of California
Franchise Tax Board
PO Box 942867
Sacramento CA 94267-0001

Stephen J Armstrong
Rover and Armstrong
75100 Mediterranean
Palm Desert CA 92211-9069

US Atorney - Tax Division
300 N Los Angeles St., Rm 231
Los Angeles CA 90012-3308

US Attorney General
Main Dept Justice Blvd
10th Constitution Ave NW
Washington, DC 20530-0001

US Dept of Justice
Attorney General Tax Division
Washington, DC 20530-0001

US Dept of Justice
Tax Division CTS - WD
PO Box 683 Ben Franklin St
Washington DC 20044-0683

Michael Kay
Prichard & Kay, PLC
333 W. Santa Clara St., Ste. 618
San Jose, CA 95113

Prakash Mehta/Interings, nc.
450 7th Ave., Suite 1909
New York NY 10123

Dept of the Treasury
Internal Revenue Service
Fresno, CA 93888

Sunwil Kumar Jain
550 S. Hill Street, Suite 925
Los Angeles, CA 90013

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

Interested Parties

Alan G. Goedde
c/o Freeman & Mills
350 South Figueroa Street
Suite 900
Los Angeles, CA 90071

Freeman & Mills
350 South Figueroa Street
Suite 900
Los Angeles, CA 90071

Out of the Box Enterprises, LLC
9744 Trails End
Terrell, TX 75160

Out of the Box Enterprises, LLC
c/o Janet Nalbandyan, Esq.
Dykema Gossett LLP
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071

Out of the Box Enterprises, LLC
c/o Lawrence B. Steinberg
Buchalter Nemer
1000 Wilshire Blvd.
Los Angeles, CA 90017

Out of the Box Enterprises, LLC
c/o Raymond O. Aghaian
Mckenna, Long, and Aldridge, LLP
300 S Grand Avenue, 14th Floor
Los Angeles, CA 90071

Out of the Box Enterprises, LLC
c/o Walead Esmail, Esq.
Dykema Gossett LLP
333 S Grand Ave
Suite 2100
Los Angeles, CA 90071

Out of the Box Enterprises, LLC
c/o Gregory Jones, Esq.
Dykema Gossett LLP
333 S Grand Ave
Suite 2100
Los Angeles, CA 90071

Out of the Box Enterprises, LLC
Registered Agent for service of process
Amir H. Afsar
78-000 Fred Waring Drive
Suite 203
Palm Desert, CA 92211

Vivian S Lee, Stubbs Alderton &
Markiles, LLP
15260 Ventura Blvd
Sherman Oaks, CA 91403

Law Office of Howard N. Madris, A
P.C.
424 S. Beverly Drive
Beverly Hills, CA 90212

David B. Golubchik
Levene, Neale, Bender, Yoo & Brill
L.L.P.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Alan G. Tippie
SulmeyerKupetz
333 South Hope Street Thirty-Fifth
Floor
Los Angeles, CA 90071-1406

Richard D. Milone
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007

The Hardford
Attn: Jason M. Price
Home Office Claims Consultant
One Hartford Plaza
Hartford, CT 06155

Wexler, Wasserman & Associates
7363 E. Kemper Road
Suite C & D
Cincinnati, OH 45249

3. Served by Email

Interested Parties

Out of the Box Enterprises, LLC
c/o Janet Nalbandyan, Esq.   jnalbandan@dykema.com

Out of the Box Enterprises, LLC
c/o Walead Esmail, Esq.   wesmail@dykema.com; walead.esmail@gmail.com

Out of the Box Enterprises, LLC
c/o Gregory Jones, Esq.   gjones@dykema.com

1242442.1  8057 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE